IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY LAMONT WARREN     :   CIVIL ACTION
              :
  v.            :
              :
PA BOARD OF PROBATION & PAROLE, et al.:  NO. 16-2804

FILED AUG 18 2016

O R D E R

AND NOW, this 17th day of August 2016, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

  1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

  2. Plaintiff, Terry Lamont Warren, #15-3229, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $27.65 is assessed. The Warden or other appropriate official at the Lancaster County prison or at any other prison at which plaintiff may be incarcerated is directed to deduct $27.65 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 16-2804. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Lancaster County prison or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's

ENTERED
AUG 18 2016
CLERK OF COURT

inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 16-2804.

    3.    Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's Memorandum.

    4.    The Clerk of Court is directed to send a copy of this order to the Warden of the Lancaster County prison.

    5.    The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

_Joel Slomsky_
JOEL H. SLOMSKY, J.